CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 07 2010

BY: JOHN F. CORCORAN, CLERK
    /s/ , DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:95-cr-00006-1 |
| v. | § 2255 FINAL ORDER |
| DAVID A. WILSON,<br>Petitioner. | By: Hon. James C. Turk<br>Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice as successive**, a Certificate of Appealability is **DENIED**, and the case is **STRICKEN** from the active docket.

ENTER: This 7th day of April, 2010.

/s/ James C. Turk
Senior United States District Judge